IN THE UNITED STATES District COURT

East St Louis Division

Michael Curtis Reynolds,          CASE # ___19-524-JPG

PETITIONER,

VS.

US Attorneys Office          .,

Harrisburg PA          RESPONDENT(S).

MOTION UNDER 28 U.S.C. §1361 Motion to Compel
The Production of Withheld Brady EXCULPATORY MATERIAL EVIDENCE.

## C. Mandamus Relief

The writ of mandamus is an ancient form of common law judicial relief, a request for a court order compelling a public official to perform some legally-mandated duty. The power of federal courts to issue writs of mandamus is now defined in 28 U.S.C. § 1361, which provides as follows:

> The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff. 28 U.S.C. § 1361.

Writs of mandamus compelling government officials to take specific actions are extraordinary forms of relief that must comply with demanding legal standards. Thus, it is well-settled that the "'writ is a drastic remedy that 'is seldom issued and its use is discouraged.'" In re Patenaude, 210 F.3d 135, 140 (3d Cir. 2000) (quoting In re Chambers Dev. Co., 148 F.3d 214, 223 (3d Cir. 1998) (quoting Lusardi v. Lechner, 855 F.2d 1062, 1069 (3d Cir. 1988))). There are two prerequisites to issuing a writ of mandamus. First, a petitioner must show that he has no other adequate means to attain his desired relief. Hinkel v. England, 349 F.3d 162, 164 (3d Cir. 2003) (citations omitted). Second, a petitioner must show that his right to the writ is clear and indisputable. Id. Mandamus is an extraordinary remedy that can only be granted where a legal duty "'is positively commanded and so plainly prescribed as to be free from doubt.'" Harmon Cove Condominium Ass'n, Inc. v. Marsh, 815 F.2d 949, 951 (3d Cir. 1987) (quoting Richardson v. United States, 465 F.2d 844, 849 (3d Cir. 1972) (en banc), rev'd on other grounds, 418 U.S. 166, 94 S. Ct. 2940, 41 L. Ed. 2d 678 (1974)). It is "intended to provide a remedy for a plaintiff only if he has exhausted all other avenues of relief and only if the defendant owes him a clear nondiscretionary duty." Heckler v. Ringer, 466 U.S. 602, 616, 104 S. Ct. 2013, 80 L. Ed. 2d 622 (1984) (citations omitted); see also Allied Chemical Corp. v. Daiflon, Inc., 449 U.S. 33, 34, 101 S. Ct. 188, 66 L. Ed. 2d 193 (1980). "[O]nly 'exceptional circumstances amounting to a judicial 'usurpation of power'" will justify issuance of the writ." Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289, 108 S. Ct. 1133, 99 L. Ed. 2d 296 (1988) (citations omitted). "[T]he party seeking mandamus has the 'burden of showing that its right to issuance of the writ is 'clear and indisputable.'" Id. (citations omitted).

§ 1361.        Action to compel an officer of the United States to perform his duty

The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

THE PARTY(S) THAT OWE THE DUTY IS(ARE):

US Attorney Peter J. Smith
228 Walnut St
Harrisburg PA 17108

AUSA Stephen Cerrutti
228 Walnut Street
Harrisburg, PA 17108

THE DUTY OWED THIS PETITIONER IS:

Complete and unredacted copy per Brady obligation and duty to File #10-3813 contents which this office and these parties refused to obey FOIA, OGIS Orders, APA Complaints, thus all other avenues for production of owed File #10-3813 contents.

As this is **BRADY** exculpatory evidence, which the Court has not yet ordered the respondents to comply with, and it is material to the argument before us, this Court should then Compel the Prodcution, within ten (10) days of the receipt of this request, for a full and unredacted copy of this material evidence, whose duty to produce is a Constitutional issue.

I, Michael Curtis Reynolds hereby certify under penalty of perjury pursuant to title 28 U.S.C §1746 the aforesaid to be true and correct.

5/11/19
Dated :

_Michael Curtis Reynolds_
Signature

In The United States District Court
East St. Louis Division

Michael Curtis Reynolds,
        Petitioner,
         vs.

Case # 19-524-JPG

United States Attorneys Office
228 Walnut Street
Harrisburg, Pa 17108

§2241 Motion For Administrative Remedy

    In that, Petitioner, having sought documents through FOIA, then the Government FOIA Arbitration Board, then APA, all of whom failed to obtain relief declared within attached §1361 Motion to Compel for Brady obligation and duty to disclose these documents, the full and unredacted contents of File #10-3813 in the US Attorneys Office so specified within.

    Having exhausted all other possible routes of obtaining that full File #10-3813 to which those US Attorneys have a duty to disclose, Petitioner now pursues, through this Court, that relief sought within the attached §1361 Motion herein.

    I Michael Curtis Reynolds hereby certify under penalty of perjury pursuant to Title 28 USC §1746 the above as true and correct.

5/11/19
Date

Michael Curtis Reynolds
Signature



FOREVER USA

PURPLE HEART

SAINT LOUIS MO 630

17 MAY 2019 PM 9 L

MAIL CLEARED
US MARSHAL

◇10671-023◇
-U.S- District Court
-750 Missouri AVE
Clerk of Courts
E Saint Louis, IL 62201
United States

62201-255599

◇10671-023◇
-Michael Curtis Reynolds
Greenville/40Th 74th Str.
- Federal Correctional Institute
Reg#10671023/Po Box 5000
Greenville, IL 62246-5000
United States

RECEIVED

MAY 2 0 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE